Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000479
12-JAN-2017
09:09 AM

NO. CAAP-16-0000479

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BALI HAI VILLAS, INC., Plaintiff-Appellee,
v.
BALI HAI VILLAS LTD., a Hawaii Limited Partnership,
Defendant-Appellee
and
STEVEN GARNER, on behalf of himself and all other
limited partners of Bali Hai Villas Ltd.; and
BALI HAI MANAGEMENT COMPANY, LLC, Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 14-1-0170)

ORDER APPROVING THE JANUARY 6, 2016
STIPULATION FOR DISMISSAL OF APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the "Stipulation for Dismissal Pursuant to Rule 42(b) of the Hawai'i Rules of Appellate Procedure [(HRAP)]," filed January 6, 2017, by Defendant-Appellee Bali Hai Villas, Ltd., Defendant-Appellant Steven Garner, on behalf of himself and all other limited partners of Bali Hai Villas, Ltd., and Defendant-Appellant Bali Hai Management Company, LLC, and the record, it appears that (1) the appeal was docketed on August 22, 2016; (2) pursuant to HRAP Rule 42(b), the

parties stipulate to dismiss the appeal, and bear their own costs and attorneys' fees on appeal; and    (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.  The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i,  January 12, 2017.

Presiding Judge

Associate Judge

Associate Judge